# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNDELL HENDERSON, | CASE NO. 1:08-cv-01632-OWW-YNP PC |
| Plaintiff, | ORDER |
| v. | (Doc. 20) |
| SUSAN HUBBARD, et al., | |
| Defendants. | |

Plaintiff Johndell Henderson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion for the Court to order U.S. Marshals to serve Defendants with a copy of Plaintiff's complaint (Doc. #20). The Court has already ordered U.S. Marshals to serve Defendants with Plaintiff's complaint and Defendants have waived service. Thus, the Court will order that Plaintiff's motion to serve Defendants be denied as moot.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion for the Court to order U. S. Marshals to serve Defendants, filed June 17, 2009, be DENIED.

IT IS SO ORDERED.

**Dated:   November 18, 2009**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1